TATYANA ISHUTKINA:          U.S. DISTRICT COURT DISTRICT OF CONNECTICUT

v.

2016 DEC 29 P 1: 20

ELECTRIC BOAT CORPORATION:          December 29, 2016

US DISTRICT COURT
HARTFORD CT

3:16CV2122 VAB

**COMPLAINT**

PARTIES

- Plaintiff: Tatyana Ishutkina, 24 Brentwood Dr. Avon, CT 06001, a citizen of the United States

- Defendant: Electric Boat Corporation, located at 75 Eastern Point Rd. Groton, CT 06340

FACTS

1. The upper management of the Electric Boat Corporation, a wholly owned subsidiary of General Dynamics directed the law firm Morgan, Brown & Joy, LLP[1] to introduce different forms of their own personal interest in order to block a substantial consideration of the case materials.

   These upper management representatives are:

   - Pete Halvordson, VP of Engineering, Electric Boat Corporation
   - Greg Angelini, Director of Combat and Weapon Systems, Electric Boat Corporation
   - Brian Wilson, Program Manager at General Dynamics
   - Herb Rattley, Director of Electrical Design and Engineering, Electric Boat Corporation
   - Sheryl Stergio, Manager Human Resources, Electric Boat Corporation
   - Kevin Murphy, VP of HR, Electric Boat Corporation

---

1    law firm Morgan, Brown & Joy, LLP is located at 200 State St., Boston, MA 02109-2605

1

- James Murphy, Staff Vice President and Associate General Counsel at General Dynamics

2. On December 14, 2017 Plaintiff made a request for a meeting with attorneys Mr. Joy and Mr. Whitney[2] by sending the following material[3]:

*Dear Mr. Joy,*

*Dear Mr. Whitney,*

*One order from the Judge is sufficient for activating a substantial consideration of the case materials by the attorneys representing Electric Boat, a wholly owned subsidiary of General Dynamics (Company).*

*It would take place if attorneys from a law firm representing the Company have no personal interest in the processes that are taking place inside and outside the Company.*

*Despite the judge's orders from July 2011 to December 2016 (a period of five and a half years) all forms to activate the case have been blocked by the procedural process organized by the team of the attorneys from Morgan, Brown & Joy, LLP. The connection between these attorneys and the Company - who performs which role – has been manifested by the activation of Putin's actions[4].*

*Plaintiff has support in presenting the American culture from the Navy, Pentagon, and U.S. Congress.*

*Detailed information will be provided during the meeting.*

---

2  Representatives / employees of Electric Boat, a wholly owned subsidiary of General Dynamics / law firm Morgan, Brown & Joy, LLP

3  Note. The letter was also sent to 49 U.S. Senators and U.S. House Representatives with whom Fermata Arts Foundation representatives had meetings from 2011 to 2016 in Washington DC.
A full distribution list is available upon request

4  House passes intelligence bill aimed at thwarting Russia's 'influence over people & governments
https://www.rt.com/usa/368776-house-bill-russian-influence/, accessed on December 1, 2016

*Proposed place for a meeting:*

*Because Electric Boat, a wholly owned subsidiary of General Dynamics,*

*presents the state at the world arena, I believe that the office of City of Hartford*

*Mayor Luke Bronin or Governor Dannel P. Malloy or State Senator Kevin*

*Witkos will be an appropriate place for a meeting with you.*

*Proposed time for a meeting:*

*Meeting date/time: January 10th, 2017 at 11 am.*

*Sincerely,*

*/s/*

*Tatyana Ishutkina*
*Executive Director*
*Fermata Arts Foundation, Inc.*

*Shipbuilding Industry Expert*

*Founder & Director*
*SCHWIPAR Center for Innovational Development*

*Tel: +1 860 404 1781*
*E-mail: office@fermata-arts.org*

3. Basis for this letter was a letter from Mr. Joy "direct all future communication to me. Direct communication by you to the President or other executives at EB should immediately cease" (see Exhibit C)

3

4. The question presented by the Plaintiff in this request for a meeting with Mr. Joy and Mr. Whitney is delineated below. We will take a text from the Plaintiff's letter and describe the question

   a) *One order from the Judge is sufficient for activating a substantial consideration of the case materials by the attorneys representing Electric Boat, a wholly owned subsidiary of General Dynamics (Company).*

The Plaintiff's complaint had been accepted, a case number had been assigned[5]

   b) *It would take place if attorneys from a law firm representing the Company have no personal interest in the processes that are taking place inside and outside the Company.*

The attorney's actions were the following:

1. The attorneys from Morgan, Brown & Joy, LLP presented a statement of facts to the Judge

2. The statement of facts is an order for a Judge

3. Attorneys requested to specify participants involved, with a specific content of their activities

4. Judge J. L. Tauro[6] through his order satisfied this request

5. The attorneys from Morgan, Brown & Joy, LLP presented a strategy in the Human Resources Department of Electric Boat, a wholly owned subsidiary of General Dynamics (Company), for destabilization of the participants identified in the Plaintiff's case

---

5   U.S. District Court of Massachusetts,  Case # C.A. NO. 11-11229-JLT, Tatyana Ishutkina v. Electric Boat
6   U.S. District Court of Massachusetts,  Case # C.A. NO. 11-11229-JLT, Tatyana Ishutkina v. Electric Boat

6. The permission-order for strategy development and implementation from the Company's management has been obtained

7. The permission-order for strategy development and implementation from the external institutions has been obtained

8. Strong forms of personal interests are obvious

c) *Despite the judge's orders from July 2011 to December 2016 (a period of five and a half years) all forms to activate the case have been blocked by the procedural process organized by the team of the attorneys from Morgan, Brown & Joy, LLP.*

1. It is required to revoke Mr. Joy's and Mr. Whitney's right to represent the Company in this case

2. A conflict "Attorneys and Judges' orders" is the subject for resolution by this complaint

d) *The connection between these attorneys and the Company - who performs which role – has been manifested by the activation of Putin's actions[7].*

1. Mr. D. Rogozin, Deputy Prime Minister of the Russian Federation, made a statement to the world community that they are interested to hire foreign professionals for their defense industry. This process will include providing employment, residence and even citizenship to the foreign nationals who will be hired to work in their military industrial complex.

2. Vacuum cleaner accident on USS Miami in Maine (2012)[8]

---

7  House passes intelligence bill aimed at thwarting Russia's 'influence over people & governments
   https://www.rt.com/usa/368776-house-bill-russian-influence/, accessed on December 1, 2016
8  Vacuum causes $400M damage to nuclear submarine
   http://security.blogs.cnn.com/2012/06/06/vacuum-cleaner-blamed-for-fire-on-nuclear-submarine/, accessed on
   June 6, 2012

5

3. Catastrophically ruptured Graving Dock No. 3 in Groton, Connecticut (May 2004)[9]

    e) *Plaintiff has support in presenting the American culture from the Navy, Pentagon, and U.S. Congress.*

    *Detailed information will be provided during the meeting.*

1. GAO reports[10] prepared these institutions [*the Navy, Pentagon, and the U.S. Congress*] for work in the social systems of the United States

2. On her appeal about the level of influence of Putin the Plaintiff has a correspondence with President Obama who noted in his letters that "Russia's military intervention in Ukraine, its occupation and attempted annexation of Crimea, and its support for violent separatists constitute a threat to Ukraine's sovereignty and territorial integrity."[11]

    f) *Proposed place for a meeting:*
    *Because Electric Boat, a wholly owned subsidiary of General Dynamics, presents*

    *the state at the world arena, I believe that the office of City of Hartford Mayor Luke*

---

9  A sheetpile cell catastrophically ruptured during dewatering operations at the Graving Dock No. 3 dock in Groton, Conn. in May 2004
http://www.kiewit.com/projects/transportation/marine-port-facilities/graving-dock-no-3-permanent-repair/, accessed on November 1, 2016

10 United States Government Accountability Office  Report GAO-13-738T. Testimony Before the Subcommittee on Seapower and Projection Forces, Committee on Armed Services, House of Representatives "NAVY SHIPBUILDING: Significant Investments in the Littoral Combat Ship Continue Amid Substantial Unknowns about Capabilities, Use, and Cost" Statement of Paul L. Francis, Managing Director Acquisition and Sourcing Management. For Release on Delivery Expected at 9:30 a.m. EDT, July 25, 2013 [http://www.gao.gov/assets/660/656194.pdf, accessed on November 26, 2013]

United States Government Accountability Office Report to Congressional Requesters GAO-13-396 "FORD-CLASS CARRIERS: Lead Ship Testing and Reliability Shortfalls Will Limit Initial Fleet Capabilities" issued in September 2013 [http://www.gao.gov/assets/660/657412.pdf, accessed on November 26, 2013]

United States Government Accountability Office, Report GAO-14-122 to Congressional Committees "NAVY SHIPBUILDING: Opportunities Exist to Improve Practices Affecting Quality", November 19, 2013 [http://www.gao.gov/products/GAO-14-122, accessed on November 26, 2013]

11 from President Obama's letter dated August 11, 2016

*Bronin or Governor Dannel P. Malloy or State Senator Kevin Witkos will be an*

*appropriate place for a meeting with you.*

*Proposed time for a meeting:*

*Meeting date/time: January 10th, 2017 at 11 am*

WHEREFORE, the Plaintiff Tatyana Ishutkina claims one or more of the following claims for relief:

1. Income loss;

2. Property loss[12]

3. Loss from blocking the plaintiff's job search with the development of negative action through recruiting companies (the total number of job applications: 1,196)

4. Loss from blocking the plaintiff's educational process (completing her PhD) with the development of negative action (The Plaintiff left her Doctoral program at the University of Strathclyde due to the insistent directions from Prof. Susan Howick. They were made on Prof. Howick's individual basis with the goal to satisfy directions received from the attorneys of Morgan, Brown & Joy, LLP.

5. Loss from initiated threats / threatening behavior by individuals:

   a) Shaun Sherman

   b) Olga Knezevic

   c) Luba- interpreter

   d) writers/ interviewees/ interpreters:

      1. Scott Glenney (interviewee, Realtor Coldwell Banker Residential Brokerage and suppliers, Avon, CT)

---

12 Information is available upon request

2. Tristin Hopper (writer, National Post)

3. Jess Zimmerman (writer, Atlas Obscura)

4. Ebyan Abdigir (CBC, Canada's national broadcaster)

5. Eileen Woods, (writer, Boston Globe)

6. Ken Byron, (writer, Hartford Courant)

7. Nancy Gibbs, (Managing Editor, Time Magazine)

8. Ben Yakas, (writer, gothamist.com)

9. Phil Hall, (writer, nationalmortgageprofessional.com)

10. Ryan Ford, (writer, diply.com)

11. Anneta Konstantinides, (writer, Dailymail.com)

12. Dennis Green, (writer, businessinsider.co.id)

13. Eitan Levine, (writer, elitedaily.com)

14. Melissa Allison, (writer, zillow.com)

15. Osita Nwanevu, (writer, Slate)

16. Zachary Kussin, (writer, New York Post)

17. Adam Bulewich, (Hartford Superior Court) an interpreter (at the level of terror) of negative activities of the group of writers

e) Jeffrey S. Geiger, President, General Dynamics Electric Boat

f) Pete Halvordson, VP of Engineering, General Dynamics Electric Boat

g) attorneys of Morgan, Brown & Joy, LLP

h) Vladimir Putin, President of Russian Federation

i) Donald Trump, a guy from New York

j) Steven T. Cummings, Raytheon

2.        Such other and further relief as in law the court may provide


STATEMENT OF AMOUNT IN DEMAND

(1) The Court should order to reinstate Plaintiff at work

(2) The Court should make a decision in the aspect of material compensation of the

Plaintiff, who is unemployed since July of 2011

Compensation request:

Income loss for one year ($96,000.00) * 13 years (until retirement age)

Total:                                $1,248,000.00

I am requesting a compensation for five years since I was discharged and future lost of

income and $6, 240,000.00 for moral damage plus $1,000,000.00 loss on the short sale of

the home plus $1,500,000 that were formed based on the request of the Defendant's

Counsel from the Law Firm McGuire Woods LLP representing General Dynamics to pay

attorney's fees by the Plaintiff ($1,500.00 for attendance of one hearing without any review

and respond to the Plaintiff's documentation) (Basis: an order of Judge J. Thacher –

available upon request)

that is in total of $9,988,000.00


Respectfully,

*T. Ishutkina*

Tatyana Ishutkina
Pro Se
24 Brentwood Dr.
Avon, CT 06001
Enclosure. Exhibit C. Letter from Mr. R. Joy, dated August 30, 2011


9

*Exhibit C.*

# MORGAN, BROWN & JOY LLP

ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

ROBERT P. JOY

DIRECT DIAL (617) 788-5007
E-FAX (617) 977-9261
rpjoy@morganbrown.com

August 30, 2011

Tatyana Ishutkina
23 Irving Street, Apt. 9
Boston, MA  02114

Re:    *Electric Boat Corporation*

Dear Ms. Ishutkina:

This law firm represents Electric Boat Corporation ("EB"). In view of the fact that you have initiated legal action against EB, please direct all future communication to me. Direct communication by you to the President or other executives at EB should immediately cease.

Very truly yours,

Robert P. Joy

RPJ/njw

cc:    Shawn Coyne, Esq.

CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing notice was forwarded on December 29, 2016 to all parties of record, postage pre-paid, as follows:

Electric Boat Corporation
75 Eastern Point Rd.
Groton, CT 06340

Sincerely,

*T. Ishutkina*

Tatyana Ishutkina
Pro Se
24 Brentwood Dr
Avon, CT 06001
Tel. (860) 404-1781